**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| | **FILED: JUNE 26, 2008** |
| | **08CV3644** |
| | **JUDGE KENNELLY** |
| | **MAGISTRATE JUDGE NOLAN** |
| | **AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>       s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)     TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES         NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES         NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?       YES         NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES         NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL |