IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL S. PEKIN,** | ) | |
| | ) | **FILED: JUNE 26, 2008** |
| Plaintiff, | ) | **08CV3644** |
| | ) No. | |
| v. | ) | **JUDGE KENNELLY** |
| | ) | **MAGISTRATE JUDGE NOLAN** |
| **UNUM GROUP,** | ) | **AEE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

To:    William M. McErlean          Clerk of the Circuit Court of Cook County
        Barnes & Thornburg, LLP       50 W. Washington St.
        One N. Wacker Dr., Suite 4400  Richard J. Daley Center
        Chicago, Illinois 60606          Chicago, Illinois 60602

PLEASE TAKE NOTICE that on this 26th day of June, 2008, UNUM GROUP, defendant in the above entitled action, filed a NOTICE OF REMOVAL, a copy of which is attached hereto, of the above entitled action to the United States District Court for the Northern District of Illinois, Eastern Division.

You are also advised that defendant, on filing of such Notice of Removal in the office of the Clerk of the United States District Court for the Northern District of Illinois, also filed a copy thereof with the Clerk of the Circuit Court of Cook County, Illinois to effect removal pursuant to 28 U.S.C. §1446(d).

Michael J. Smith
Warren von Schleicher              By:   /s/ Michael J. Smith
Smith, von Schleicher & Associates         Attorney for Defendant, Unum Group
39 S. LaSalle St., Suite 1005
Chicago, Illinois 60603
(312) 541-0300