IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MICHAEL S. PEKIN,   )   <br> ) <br> Plaintiff,   ) <br> )   No.  08 C 3644 <br> v.   ) <br> )   Judge Kennelly <br> UNUM GROUP,   ) <br> )   Magistrate Judge Nolan <br> Defendant.   ) <br> ) | |

### UNOPPOSED MOTION FOR ADDITIONAL TIME
### TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT

Defendant, UNUM GROUP, by its attorneys Michael J. Smith and Warren von Schleicher of Smith, von Schleicher & Associates, hereby submits its Unopposed Motion for Additional Time to Answer or Otherwise Plead to the Complaint, and in support hereof, states as follows:

1.  The plaintiff, MICHAEL S. PEKIN ("plaintiff") filed his Complaint in the Circuit Court of Cook County.  Unum Group timely removed this action to federal court based on diversity jurisdiction.

2.  Unum Group is required to answer or otherwise plead to the Complaint by July 3, 2008.  Unum Group respectfully requests an additional 28 days in which to answer or otherwise plead to the Complaint, or until July 31, 2008.  Unum Group requests additional time in order to evaluate the allegations set forth in the Complaint.

3.  On June 30, 2008, counsel for Unum Group consulted with plaintiff's counsel, who does not oppose the granting of this motion.

4.	Unum Group represents that this Unopposed Motion has been filed for the above stated legitimate reasons and not for purposes of delay.  No party will be prejudiced by the granting of this Unopposed Motion.

5.	Accordingly, Unum Group respectfully requests until July 31, 2008 in which to answer or otherwise plead to the Complaint.

WHEREFORE, defendant, UNUM GROUP, respectfully requests the entry of an order granting this Unopposed Motion for Additional Time to Answer or Otherwise Plead to the Complaint.

Respectfully submitted,


Michael J. Smith                            By:  /s/ Warren von Schleicher_____
Warren von Schleicher                          Attorney for Defendant, Unum Group
Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005
Chicago, IL 60603
(312) 541-0300

**CERTIFICATE OF SERVICE**

      I hereby certify that, on July 1, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve the electronically filed document on the following attorneys of record:

William M. McErlean
Barnes & Thornburg LLP
One North Wacker, Suite 4400
Chicago, Illinois  60606
wmcerlean@btlaw.com

                                Respectfully submitted,

                                /s/ Warren von Schleicher

                                Smith, von Schleicher & Associates
                                39 S. LaSalle St., Suite 1005
                                Chicago, Illinois  60603
                                (312) 541-0300
                                (312) 541-0933 Facsimile
                                E-Mail:  warren.vonschleicher@svs-law.com
                                ARDC# 6197189