# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3644 | **DATE** | 7/9/2008 |
| **CASE TITLE** | Michael S. Pekin vs. Unum Group | | |

**DOCKET ENTRY TEXT**

Defendant's unopposed motion for additional time is granted. Response to complaint is to be filed by 7/31/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|