**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL S. PEKIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No.  08 C 3644** |
| **v.** | ) | |
| | ) | **Judge Kennelly** |
| **UNUM GROUP,** | ) | |
| | ) | **Magistrate Judge Nolan** |
| **Defendant.** | ) | |
| | ) | |

**UNOPPOSED MOTION FOR ADDITIONAL TIME**
**TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**

Defendant, UNUM GROUP ("Unum Group"), by its attorneys Michael J. Smith and Warren von Schleicher of Smith, von Schleicher & Associates, hereby submits its Unopposed Motion for Additional Time to Answer or Otherwise Plead to the Complaint, and in support hereof, states as follows:

1.      The court previously granted Unum Group an extension of time until July 31, 2008 to answer or otherwise plead to the Complaint.

2.      Unum Group respectfully requests an additional 14 days in which to answer or otherwise plead to the Complaint, or until August 14, 2008.  Unum Group requests additional time in order to evaluate the allegations set forth in the Complaint.

3.      On July 30, 2008, counsel for Unum Group consulted with plaintiff's counsel, who does not oppose the granting of this motion.

4.      Unum Group represents that this Unopposed Motion has been filed for the above stated legitimate reasons and not for purposes of delay.  No party will be prejudiced by the granting of this Unopposed Motion.

5.      Accordingly, Unum Group respectfully requests until August 14, 2008 in which

to answer or otherwise plead to the Complaint.

WHEREFORE, defendant, UNUM GROUP, respectfully requests the entry of an order granting this Unopposed Motion for Additional Time to Answer or Otherwise Plead to the Complaint.

Respectfully submitted,

Michael J. Smith                      By: /s/ Warren von Schleicher_____
Warren von Schleicher                        Attorney for Defendant, Unum Group
Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005
Chicago, IL 60603
(312) 541-0300

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 30, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve the electronically filed document on the following attorneys of record:

William M. McErlean
Barnes & Thornburg LLP
One North Wacker, Suite 4400
Chicago, Illinois  60606
wmcerlean@btlaw.com

Respectfully submitted,

/s/ Warren von Schleicher

Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005
Chicago, Illinois  60603
(312) 541-0300
(312) 541-0933 Facsimile
E-Mail:  warren.vonschleicher@svs-law.com
ARDC# 6197189