IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MICHAEL S. PEKIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.  08 C 3644 |
| v. ) | |
| ) | Judge Kennelly |
| UNUM GROUP, ) | |
| ) | Magistrate Judge Nolan |
| Defendant. ) | |
| ) | |

### NOTICE OF MOTION

To:   William M. McErlean
      Barnes & Thornburg, LLP
      One N. Wacker Dr., Suite 4400
      Chicago, Illinois  60606

PLEASE TAKE NOTICE that on the 5th day of August, 2008 at 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly or whomever may be sitting in his stead, in Room 2103 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present the attached **UNOPPOSED MOTION FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**, at which time and place you may appear if you see fit.

Respectfully submitted,

Michael J. Smith
Warren von Schleicher
Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005         By:  /s/ Warren von Schleicher_____
Chicago, Illinois 60603                        Attorney for Defendant, Unum Group
(312) 541-0300

## CERTIFICATE OF SERVICE

  I hereby certify that on July 30, 2008, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to the following:

William M. McErlean
Barnes & Thornburg, LLP
One N. Wacker Dr., Suite 4400
Chicago, Illinois  60606
wmcerlean@btlaw.com

        Respectfully submitted,


        /s/ Warren von Schleicher

        Smith, von Schleicher & Associates
        39 S. LaSalle St., Suite 1005
        Chicago, Illinois  60603
        (312) 541-0300
        (312) 541-0933 Facsimile
        E-Mail:  warren.vonschleicher@svs-law.com
        ARDC# 6197189