# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3644 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Pekin vs. UNUM | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 11/6/2008 at 9:30 AM. Plaintiff is granted leave to file an amended complaint, naming additional defendant, by 9/12/2008. Response to motion to dismiss due 9/12/2008; reply by 9/26/2008. Ruling set for 11/6/2008 at 9:30 AM.

■[ For further details see text below.]

Docketing to mail notices.

00:05

**STATEMENT**

Deadline for amending pleadings and adding parties is 2/28/2009. Fact discovery ordered closed 4/30/2009. Rule 26(a)(2) disclosures are due by 6/15/2009; rebuttal disclosures are due 8/28/2009. Expert discovery ordered closed 9/30/2009. Rule 26(a)(1) disclosures are to be made by 9/26/2008.

| | Courtroom Deputy Initials: | OR |
|---|---|---|